IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

DAVID AND ANGELA WATERS

    Plaintiff,
vs.                                      CASE NO. 3:17-cv-00677-CRS

JJ MARSHALL & ASSOCIATES, INC., ET AL.

    Defendant.

\*\* \*\* \*\* \*\*

**NOTICE OF SETTLEMENT**

Comes the Plaintiff, David and Angela Waters, and hereby notifies the Court that Plaintiff has settled her claims against Defendant, JJ Marshall & Associates, Inc., subject to execution of a final settlement agreement and release.

                                  Respectfully submitted,

                                  */s/David W. Hemminger*
                                  David W. Hemminger
                                  HEMMINGER LAW OFFICE, PSC
                                  331 Townepark Circle, Suite 100-C
                                  Louisville, KY 40243
                                  (Tel) 502.443.1060
                                  (Fax) 502.873.5300
                                  hemmingerlawoffice@gmail.com
                                  *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                  */s/David W. Hemminger*
                                  David W. Hemminger