IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| DAVID EARL WATERS, JR., ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:17-cv-00677-RGJ |
| | ) | |
| JJ MARSHALL & ASSOCIATES, INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiffs, David and Angela Waters, and the Defendant, JJ Marshall & Associates, Inc., each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against JJ Marshall & Associates, Inc., are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.


Respectfully Submitted

*/s/ David W. Hemminger*
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel. 502-443-1060
Fax 502-873-5300
hemmingerlawoffice@gmail.com
*Counsel for Plaintiffs, David and Angela Waters*

*/s/ Charity A. Olson (with permission)*
Charity A. Olson
Brock & Scott PLLC
2723 S. State Street, Suite 150
Ann Arbor, MI 48104
734-372-2914
Email: colson@olsonlawpc.com

*Counsel for Defendant, JJ Marshall & Associates, Inc.*

*/s/ Jeffrey D. Koelzer (with permission)*
Jeffrey D. Koelzer
Varnum, LLP
333 Bridge Street NW, Suite 1700
Grand Rapids, MI 49504
616-336-6000
Email: jdkoelzer@varnumlaw.com
*Counsel for Defendant, JJ Marshall & Associates, Inc.*

*/s/ William E. Smith, III (with permission)*
William E. Smith, III
Kightlinger & Gray LLP - New Albany
3620 Blackiston Boulevard, Suite 200
New Albany, IN 47150
812-949-2300
Fax: 812-949-8556
Email: wsmith@k-glaw.com
*Counsel for Defendant, JJ Marshall & Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/David W. Hemminger
David W. Hemminger